FILED
U.S. District Court
District of Kansas

JAN 28 2020

Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**AARON MCDOWELL,**

    Defendant.

FILED UNDER SEAL

CASE NO. 20-6029-GEB

# COMPLAINT

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

**Presenting and Distributing Child Pornography**
**18 U.S.C. § 2252A(a)(3)**

On or about December 18, 2019, in the District of Kansas, the defendant,

**AARON MCDOWELL,**

knowingly presented and distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer, to wit: sending a link via Chatous to another user that linked to child pornography contained in online storage.

All in violation of Title 18, United States Code, Section 2252A(a)(3).

## COUNT 2

**Possession of Child Pornography**
**18 U.S.C. 2252A(a)(5)(B)**

On or about January 22, 2020, in the District of Kansas, the defendant,

**AARON MCDOWELL,**

knowingly accessed with intent to view and possessed any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and such child pornography involved a prepubescent minor who had not attained 12 years of age, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

I further state that I am a Senior Resident Agent with the United States Secret Service and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

Continued on the attached sheet and made a part here: __X__ Yes _____ No

_____
GREG TIANO
Senior Resident Agent
U.S. Secret Service

Subscribed and sworn before me this __28th__ day of __January__, 2020.

_____
THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

2

# AFFIDAVIT

I, Gregory Tiano, have been employed as a Criminal Investigator with the U.S. Secret Service (USSS) for 22 years. Since late 2009, I have been assigned to the Wichita Office of the U.S. Secret Service. As a Senior Resident Agent, I have been trained to conducted criminal investigations including threats against the President and other violations of Title 18 of the Federal Code.

This criminal complaint is based on the following facts which were obtained during a threat investigation, interviews personally/telephonically conducted and/or were related to your Affiant by other duly sworn law enforcement officers based on their interviews and observations:

I submit the following facts:

On 1/21/2020, Aaron MCDOWELL posted on his Facebook page, "I'm going to kill Trump in the white house tomorrow at 7 PM."

On 1/22/2020, I personally advised Aaron MCDOWELL of his Miranda Rights and interviewed Aaron MCDOWELL reference the threat he made to kill the President of the United States Trump. During the interview, Aaron MCDOWELL, advised me that he had authored and posted the threat on his Facebook page using his cellular phone. Further, during the interview, Aaron MCDOWELL gave written consent to search his apartment. During the search of his apartment, Aaron MCDOWELL's cellular phone was located in his bedroom. Aaron MCDOWELL, subsequently gave written consent to search his cellular phone, which was seized as evidence.

On 1/23/2020, I was advised by USSS Forensic Reporting Partner, Sedgwick County Sheriff's Office Detective (Det.), J. Noel that during the search of Aaron MCDOWELL's cellular phone, multiple photographic images of pornography involving children were located on the phone. Det. Noel described these images to me as containing boys between the ages of 6 and 12 years of age preforming various sex acts with different women between the ages of 30 and 40 years of age. At that time, I requested Det. Noel discontinue the search of Aaron MCDOWELL's cellular phone.

On the same date, Kansas Internet Crimes Against Children (ICAC) Task Force Det. H. Huhman and I interviewed Aaron MCDOWELL. I personally read Aaron MCDOWELL his Miranda Rights which he affirmed by affixing his signature to the federal form. Aaron MCDOWELL subsequently told Det. H. Huhman that, starting approximately 2 years ago, via his cellular phone, he began using various internet services, including "Chatous, DropBox, KIK and Mega," to seek out, receive and transfer files/images/videos which contained child pornography. Aaron MCDOWELL described the files/images/videos he received and shared to unknown person on the internet, as

1

containing nude children between the ages of 2 and 18 stripping and/or engaged in various sexual activity, including oral sex.

Aaron MCDOWELL gave written consent to search his cellular phone for child pornography. MCDOWELL also gave consent for law enforcement to access, change passwords, and search his Chatous, Dropbox, and Mega accounts for child pornography.

On 1/27/2020, I was advised by FRP Det. J. Noel that approximately 152 files of child pornography were located on Aaron MCDOWELL's cellular phone. Further, I was also advised that an additional approximately 33 files of child pornography were located in a Google drive account accessed by Aaron MCDOWELL's phone.

Additionally, Det. J. Wright of the Kansas ICAC advised the MCDOWELL's Mega account contained approximately 2,800 files of child pornography (depictions of prepubescent children engaged in oral sex and penetrative sexual acts). Det. Wright also observed chats in the Chatous account where similar child pornography was being offered, received, and distributed to and with other users. Specifically, on December 18, 2019, MCDOWELL sent a URL to another user on Chatous which linked to online storage containing child pornography, including depictions of prepubescent children engaged in sex acts.

Based on the foregoing, there is probable cause to find Aaron MCDOWELL knowingly and willingly possessed, received, presented, and distributed child pornography, as that term is defined in 18 U.S.C. 2256, in violation of 18 U.S.C. 2252A(a)(2), (a)(3), and (a)(5)(B).

GREG TIANO
Senior Resident Agent, U.S. Secret Service

Subscribed and sworn before me this 28th day of January 2020.

HONORABLE GWYNNE BIRZER
United States Magistrate Judge.